```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    MISDEMEANOR
                                      INFORMATION
         -v.-                    :
                                      12 Cr.
PAUL KU-SHAN CABRERA,            :

                    Defendant.   :    12 CRIM 276
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 09 2012

### COUNT ONE

The Attorney General of the United States charges:

1.  On or about June 13, 2011, in the Southern District of New York and elsewhere, PAUL KU-SHAN CABRERA, the defendant, did knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United States, namely, R.P., an attorney for the United States, while R.P. was engaged in and on account of his performance of official duties, such acts constituting simple assault.

(Title 18, United States Code, Section 111(a)(1).)

ERIC H. HOLDER, JR.
Attorney General of the United States

PAUL J. FISHMAN
United States Attorney
for the District of New Jersey

_____
THOMAS J. EICHER
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PAUL KU-SHAN CABRERA,

Defendant.

### MISDEMEANOR INFORMATION

12 Cr. _____

(Title 18, United States Code,
    Section 111(a)(1).)

                              THOMAS J. EICHER
Special Assistant United States Attorney.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PAUL KU-SHAN CABRERA,

Defendant.

### MISDEMEANOR INFORMATION

12 Cr. _____

(Title 18, United States Code,
Section 111(a)(1).)

_____  THOMAS J. EICHER
Special Assistant United States Attorney.

---

Deft. pres. with attorney _DALE FREDERICK_
AUSA _Thomas Eicher_ Court Reporter _PRESENT_
Interpreter pres/not pres. Deft. withdraws plea of not guilty & enters a plea
of guilty to count(s) _ONE_ . PSI Ordered. Sentence _Sept 5, 2012 @ 10am_ .
Bail _CONTINUED_
Mag. Judge _Francis_ recommends Judge _Francis_
accept the guilty plea.

J Francis
U.S.M.J.